

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Criminal No.: 3:02cr14BN-001 |
| | ) | |
| Monique LaShaye Thomas | ) | |

### ORDER TO WITHDRAW WARRANT AND DISMISSAL OF PETITION FOR REVOCATION

Comes now the Court, on it's own motion, after receiving information from United States Probation Officer David Dunn, as of May 22, 2006, the offender has paid her restitution in full and voluntarily surrendered to the U.S. Probation Office, pursuant to a warrant, filed October 12, 2005, for her arrest. Upon request of the U.S. Probation officer, the Petition to Revoke Supervision is withdrawn and the Warrant is to be recalled.

SO ORDERED THIS THE 22nd DAY OF May 2006.

William H. Barbour, Jr.
United States District Judge